EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Rosanna Rivera Llantín | 2021 TSPR 116<br><br>207 DPR _____ |

Número del Caso:  TS-13,160

Fecha:  30 de julio de 2021

Abogada de la parte peticionaria:

    Por derecho propio

Materia:  Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Rosanna Rivera Llantín

TS-13,160

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de julio de 2021.

Examinada la *Solicitud de cambio de estatus de abogada inactiva en el Registro Único de Abogados y Abogadas,* presentada por la Sra. Rosanna Rivera Llantín, se ordena la readmisión de ésta al ejercicio de la abogacía.

Además, se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretaria del Tribunal Supremo Interina.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina